**Order issued May 5, 2014**



**In The**

**Court of Appeals**

**Fifth District of Texas at Dallas**

No. 05-13-01230-CR
No. 05-13-01231-CR

**COY LEE LORANCE, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

# O R D E R

Before Justices Moseley, O'Neill, and FitzGerald

Based on the Court's opinion of this date, we **GRANT** the December 3, 2013 motion of Hunter Biederman for leave to withdraw as appointed counsel on appeal. We **DIRECT** the Clerk of the Court to remove Hunter Biederman as counsel of record for appellant. We **DIRECT** the Clerk of the Court to send a copy of this order and all future correspondence to Coy Lee Lorance, TDCJ No. 1884995, Polunsky Unit, 3872 FM 350 South, Livingston, Texasm 77351.

/Kerry P. FitzGerald/
KERRY P. FITZGERALD
JUSTICE